UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL ACTION NO.

ANSON MCPHAIL,                                              3:04CR00060  (JCH)
         Defendant.

MARCH 27, 2008

### ORDER TO SHOW CAUSE

The United States of America is hereby ORDERED to SHOW CAUSE by April 15, 2008, why the defendant's sentence should not be reduced pursuant to 18 U.S.C. § 3562(c)(2) and (994(u), and if it should, to what term.

The court has not determined to enter such an amended judgment and so invites counsel for defendant to file a response in support of such an amended judgment no later than April 22, 2008.

Counsel are directed to confer before April 15, 2008, and if the government and the defendant are in agreement, to report such to the court by April 15, 2008.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court